[L. A. No. 15080. In Bank.—June 29, 1937.]

HAROLD MEAD JOHNSON, Appellant, v. CITIZENS NATIONAL TRUST AND SAVINGS BANK OF LOS ANGELES (a Banking Association), Respondent.

Earl Curtis Peck, George E. Cloud and A. Richmond for Appellant.

Cosgrove & O'Neil for Respondent.

EDMONDS, J.—The appellant in this case is the purchaser of land under a contract made with Harold G. Ferguson Corporation. He later surrendered it for one with Quartz Hill Land and Development Company. He is in exactly the same position as the appellants in the case of *Hill* v. *Citizens National Trust & Savings Bank of Los Angeles*, L. A. No. 15079, this day decided (*ante,* p. 172 [69 Pac. (2d) 853]), and the facts are substantially the same in both cases. The cases were tried together and the same principles apply to each.

For the reasons stated in the Hill case the judgment is affirmed.

Shenk, J., Curtis, J., and Langdon, J., concurred.